# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY D. LAMAR**  **PLAINTIFF**
*ADC #120479*

v.  **CASE NO. 4:24-CV-00017-BSM-JTK**

**KENYON RANDLE,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Anthony Lamar's objections [Doc. No. 7], United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 6] is adopted. Lamar's official capacity damages claims are dismissed because they are barred by the Eleventh Amendment. Lamar's claims of deliberate indifference to his medical needs are dismissed without prejudice for failure to state a claim. Lamar is allowed to proceed with his remaining Eighth Amendment and equal protection claims.

IT IS SO ORDERED this 26th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE