# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTHONY D. LAMAR,                                                                                   PLAINTIFF
ADC # 120479

v.                                            4:24CV00017-BSM-JTK

KENYON RANDLE, et al.                                                                              DEFENDANTS

## ORDER

After reviewing Anthony D. Lamar's ("Plaintiff") Complaint for screening purposes, the Court directed service of Plaintiff's claims on Defendant Joe Profiri, among others.  (Doc. No. 4). After Summons was returned unexecuted, the Court attempted service at a last known address provided under seal.  (Doc. Nos. 12, 13).  Summons on Defendant Profiri was returned unexecuted a second time.  (Doc. No. 17).  As a result, the Court directed Plaintiff to provide a valid service address for Defendant Profiri.  (Doc. No. 23).

Plaintiff responded to the Court's Order.  (Doc. No. 30).  Plaintiff pointed out that Defendant Profiri was recently successfully served in a case in the Western District of Arkansas through the ADC Office of the Secretary, 1302 Pike Avenue, Suite C, North Little Rock, Arkansas, 72114.  (Id.).  Plaintiff included a related Notice of Appearance by defense counsel in that case. (Id. at 4).  Plaintiff asks the Court to attempt service on Defendant Profiri at that address.  (Id.). Plaintiff's request is granted.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Joe Profiri.  The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant Profiri without prepayment of fees and costs

or security therefore.   Service should be attempted through the ADC Office of the Secretary, 1302 Pike Avenue, Suite C, North Little Rock, Arkansas, 72114.

Dated this 30th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE