IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY D. LAMAR**                                                                 **PLAINTIFF**
**ADC # 120479**

v.            **CASE NO. 4:24-CV-00017-BSM-JTK**

**KENYON RANDLE,** *et al.*                                              **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 29] is adopted and Anthony Lamar's motion for appointment of class counsel and to certify this lawsuit as a class action [Doc. No. 18] is denied without prejudice. Class certification is unwarranted because Lamar has not met all the requirements of Federal Rule of Civil Procedure 23. As a result, there is no need for class counsel, and Lamar is not independently entitled to appointed counsel. *See Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986) (when determining whether to appoint counsel, the court should consider the complexity of the case, the plaintiff's ability to investigate, the presence or absence of conflicting testimony, and the plaintiff's ability to present his claims).

IT IS SO ORDERED this 22nd day of October, 2024.

                                                                                      UNITED STATES DISTRICT JUDGE