IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY D. LAMAR**  **PLAINTIFF**
**ADC # 120479**

v.  CASE NO. 4:24-CV-00017-BSM-JTK

**KENYON RANDLE,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 68] are adopted. Defendants' motion for partial summary judgment [Doc. No. 47] is granted as to Anthony Lamar's claims against Joe Profiri and denied as to Lamar's equal protection claim set out in grievance TU-23-00538.

IT IS SO ORDERED this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE