**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTHONY D. LAMAR**                                                    **PLAINTIFF**
ADC # 120479

**v.**                          **CASE NO. 4:24-CV-00017-BSM**

**KENYON RANDLE,** *et al.*                                         **DEFENDANTS**

**ORDER**

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 106] is adopted and defendants' motion for summary judgment [Doc. No. 74] is granted. Anthony Lamar's claims are against Randle, Ball, and Payne are dismissed with prejudice and his objection to Judge Kearney's order allowing certain documents to be filed under seal [Doc. No. 101] is denied as moot. Lamar's motion for extension of time [Doc. No. 107] is denied. The clerk is directed to close this case.

IT IS SO ORDERED this 11th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE