# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY D. LAMAR**                                                                  **PLAINTIFF**
ADC # 120479

**v.**                              **CASE NO. 4:24-CV-00017-BSM**

**KENYON RANDLE,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 11th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE